**Davis Miles**
**McGuire Gardner**

40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Facsimile: (480) 733-3748
www.davismiles.com
www.mcguiregardner.com

Pernell W. McGuire (SBN: 015909)
M. Preston Gardner (SBN: 029868)
*Attorneys for Debtor*

# IN UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceedings |
|---|---|
| KEITH MAUREL WILLIAMS, | Case No. 2:17-bk-14000-PS |
| Debtor. | **OBJECTION TO PROOF OF CLAIM NO. 11 FILED BY UNITED CONSUMER FINANCIAL SERVICES (UCFS KIRBY CLEANING SYSTEM)** |

Keith Maurel Williams (the "Debtor"), by and through counsel undersigned, hereby objects to the secured proof of claim filed by United Consumer Financial Services (UCFS Kirby Cleaning System) ("UCFS") and assert that the secured treatment of UCFS should be denied. The basis for this objection is that the claim of UCFS is not enforceable as a secured claim against the Debtor or his property under any agreement or applicable law. *See* 11 U.S.C. § 502(b)(1). In support of this Motion, the Debtor sets forth the following:

UCFS filed Proof of Claim 11 on April 10, 2018, asserting a secured claim in the amount of $640.00. UCFS's proof of claim describes the nature of the secured property as

1

"HHG" and the basis for perfection as a "PMSI." UCFS did not attach a signed security agreement identifying the specific property secured or evidencing the perfection of the alleged security interest.

Pursuant to A.R.S. § 47-9203(B)(3)(a), a security interest is not valid unless there is a security agreement, signed by the debtor, which contains a description of the collateral—not generic "goods"—and specific language granting the security interest in each item being secured. A security agreement must meet all of the requirements outlined in A.R.S. § 47-9203; they cannot be scattered over several documents and then added together. In this case, UCFS has not produced any such proof for the items being claimed as secured. As a result, the claim of UCFS should be treated as an unsecured obligation.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order disallowing the secured claim of UCFS so that it may be treated as an unsecured obligation under the Plan, and for such further relief as the Court may deem just.

RESPECTFULLY SUBMITTED this 17th day of July, 2018.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By: /s/ M. Preston Gardner
M. Preston Gardner
Attorney for Debtor

A copy of the foregoing was mailed this 17th day of July, 2018 to:

Edward J. Maney
101 N. First Ave., Suite 1775
Phoenix, AZ 85003

United Consumer Financial Services
c/o Bass & Associates, PC
3936 E. Ft. Lowell, Suite 200
Tucson, AZ  85712

United Consumer Financial Services
865 Bassett Road
Westlake, OH  44145

By: */s/ Joan Stoner*