**Davis Miles**
**McGuire Gardner**

40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Facsimile: (480) 733-3748
www.davismiles.com
www.mcguiregardner.com

Pernell W. McGuire (SBN: 015909)
M. Preston Gardner (SBN: 029868)
*Attorneys for Debtor*

### IN UNITED STATES BANKRUPTCY COURT

### DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceedings |
|---|---|
| KEITH MAUREL WILLIAMS, | Case No. 2:17-bk-14000-PS |
| Debtor. | **BAR DATE NOTICE OF FILING OBJECTION TO PROOF OF CLAIM NO. 11 FILED BY UNITED CONSUMER FINANCIAL SERVICES (UCFS KIRBY CLEANING SYSTEM)** |

**NOTICE IS HEREBY GIVEN** that Keith Maurel Williams (the "Debtor"), by and through undersigned counsel, have filed an *Objection to Proof of Claim No. 11 Filed by United Consumer Financial Services (UCFS Kirby Cleaning System)* (the "Objection"). The Objection requests entry of an Order disallowing the secured treatment of United Consumer Financial Services (UCFS Kirby Cleaning System) and treating its entire claim as an unsecured obligation under the Chapter 13 Plan.

**NOTICE IS FURTHER GIVEN** that, pursuant to Local Rule 3007-1, any party opposing the Objection must, WITHIN FOURTEEN (14) DAYS of service of this Notice,

1

file a written response opposing the Objection with the United States Bankruptcy Court, 230 North First Avenue, Suite 101, Phoenix, Arizona 85003, and serve a copy of the response upon Debtor's counsel at the address listed above. If no response is timely filed, the Court may enter an Order without further notice disallowing the secured status of the claim. In the event a response is timely filed, the Court will set a hearing on the matter and all parties will be notified thereafter.

DATED this 17th day of July, 2018.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By: /s/ M. Preston Gardner
M. Preston Gardner
Attorney for Debtor

| | |
|---|---|
| 1 | |
| 2 | A copy of the foregoing was mailed this 17th day of July, 2018 to: |
| 3 | |
| 4 | Edward J. Maney<br>101 N. First Ave., Suite 1775<br>Phoenix, AZ 85003 |
| 5 | |
| 6 | United Consumer Financial Services<br>c/o Bass & Associates, PC |
| 7 | 3936 E. Ft. Lowell, Suite 200<br>Tucson, AZ  85712 |
| 8 | |
| 9 | United Consumer Financial Services<br>865 Bassett Road |
| 10 | Westlake, OH  44145 |
| 11 | By: */s/ Joan Stoner* |