Kristin McDonald, Esq. SBN 027082
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101

Attorneys for Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:17-bk-14000-PS |
| | ) |
| Keith Maurel Williams, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) **NOTICE OF WITHDRAWAL OF** |
| | ) **MOTION FOR RELIEF FROM** |
| | ) **AUTOMATIC STAY AND CO-DEBTOR** |
| | ) **STAY AND ABANDONMENT OF** |
| | ) **ESTATE PROPERTY** |

TO THE DEBTOR, TRUSTEE, ATTORNEYS OF RECORD AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc., hereby withdraws its Motion for Relief from Automatic Stay and Co-Debtor Stay

and Abandonment of Estate Property filed in the above-entitled Court on 2/26/2018 as Docket Number 35.

Dated: August 7, 2018                              McCARTHY & HOLTHUS, LLP


                                        By: /s/ Kristin McDonald
                                            Kristin McDonald, Esq.
                                            Attorney for Deutsche Bank National
                                            Trust Company as Trustee for Morgan
                                            Stanley ABS Capital I Inc. Trust 2006-
                                            NC5, Mortgage Pass-Through
                                            Certificates, Series 2006-NC5, its
                                            assignees and/or successors, by and
                                            through its servicing agent Select
                                            Portfolio Servicing, Inc.

| | |
|---|---|
| 1 | Kristin McDonald, Esq. SBN 027082 |
| 2 | **McCARTHY & HOLTHUS, LLP** |
|   | 8502 E. Via De Ventura, Suite 200 |
| 3 | Scottsdale, AZ 85258 |
|   | Phone (480) 302-4250 |
| 4 | Fax (480) 302-4101 |
| 5 | bknotice@mccarthyholthus.com |

Attorneys for Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

In re: ) Case No. 2:17-bk-14000-PS
) 
) Chapter 13
) 
Keith Maurel Williams, )
) **PROOF OF SERVICE**
)
)
    Debtor. )
)
_____ )

On 8/7/2018, I served the document described as **NOTICE OF WITHDRAWAL** on the following individuals by electronic means through the Court's ECF program:

DEBTOR'S COUNSEL
M. Preston Gardner
pgardner@davismiles.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Cosmin Catau
Cosmin Catau

File No. AZ-17-141416                    1                    Case No. 2:17-bk-14000-PS
Re: 3122 N. 114th Dr                                          Proof of Service

Case 2:17-bk-14000-PS    Doc 64    Filed 08/07/18    Entered 08/07/18 16:19:05    Desc
Main Document    Page 3 of 5

| | |
|---|---|
| 1 | On 8/7/2018, I served the document described as **NOTICE OF WITHDRAWAL** on |
| 2 | the following individuals by depositing true copies thereof in the United States mail at San |
| 3 | Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows: |

DEBTOR
Keith Maurel Williams, 3122 N. 114th Drive, Avondale, AZ 85392

TRUSTEE
Edward J. Maney, 101 N. First Ave., Suite 1775, Phoenix, AZ 85003

U.S. TRUSTEE
230 North First Avenue, Suite 204, Phoenix, AZ 85003-1706

BORROWER
Greta M. Williams, 3122 N. 114th Dr, Avondale, AZ 85392

SPECIAL NOTICES
American Education Services, Attn: Managing Agent, P. O. Box 2461, Harrisburg, PA 17105

Arizona Department of Revenue, c/o Tax, Bankruptcy and Collection Sec., 1275 W. Washington Avenue, Phoenix, AZ 85007

Arizona Department of Revenue, Attn: BK Payment Unit, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004

AZ Department of Economic Security, Attn: Office of Accts Receivable & Collections, PO Box 60, Phoenix, AZ 85001

Bass & Associates, P.C., Attn: Jason L. Erwin, Esq., 3936 E. Fort Lowell Road, Tucson, AZ 85712

Capital One Bank, Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130

Century Link Communications, Bankruptcy Department, 118 S. 19th Street, Omaha, NE 68102

Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355

Conns Appliances, 1655 S. Stapley Drive, Mesa, AZ 85204

Conns Appliances, P.O. Box 2358, Beaumont, TX 77704

Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019

File No. AZ-17-141416     2     Case No. 2:17-bk-14000-PS
Re: 3122 N. 114th Dr     Proof of Service

Case 2:17-bk-14000-PS    Doc 64    Filed 08/07/18    Entered 08/07/18 16:19:05    Desc
Main Document     Page 4 of 5

Garden Lakes Community Association, c/o The Travis Law Firm PLC, 10621 South 51st Street, Suite 103, Phoenix, AZ 85044

Gateway One Lending & Finance, Attn: Managing Agent, 160 N. Riverview Drive, Suite 100, Anaheim, CA 92808

Goal Financial, P.O. Box 61047, Harrisburg, PA 17106

Internal Revenue Service, Bankruptcy and Collection Enforcement, P.O. Box 7346, Philadelphia, PA 19101

Nelnet Education Planning and Financing, P.O. Box 82561, Lincoln, NE 68501

NHELP-II THRU US BANK NA AS ELT, Claims Filing Unit, PO BOX 8973, MADISON, WI 53708

Select Portfolio Servicing, 10401 Deerwood Parkway, Jacksonville, FL 32256

Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165

Stellar Recovery, Inc., P.O. Box 48370, Jacksonville, FL 32247

The Garden Lake Community HOA, 8360 E. Via Ventura Blvd.m SuiteL100, Scottsdale, AZ 85258

The Travis Law Firm, 10621 S 51st St Ste 103, Phoenix, AZ 85044

United Consumer Financial Serv., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Ste #200, Tucson, AZ 85712

United Consumer Financial Services, 865 Bassett Rd, Westlake, OH 44145

United States Department of Education, P.O. Box 5609, Greenville, TX 75403

Verizon, Attn: Managing Agent, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124

Wilshire Commerical Capital, 4751 Wilshire Blvd., Suite 100, Los Angeles, CA 90010

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Hue Banh
Hue Banh

File No. AZ-17-141416　　　　　　　　　　3　　　　　　　　　Case No. 2:17-bk-14000-PS
Re: 3122 N. 114th Dr　　　　　　　　　　　　　　　　　　　　　　　　Proof of Service

Case 2:17-bk-14000-PS    Doc 64    Filed 08/07/18    Entered 08/07/18 16:19:05    Desc
Main Document    Page 5 of 5