**Davis Miles**
**McGuire Gardner**

40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Facsimile: (480) 733-3748
www.davismiles.com
www.mcguiregardner.com

Pernell W. McGuire (SBN: 015909)
M. Preston Gardner (SBN: 029868)
*Attorneys for Debtor*

# IN UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceedings |
|---|---|
| KEITH MAUREL WILLIAMS,<br><br>Debtor. | Case No. 2:17-bk-14000-PS<br><br>**BAR DATE NOTICE OF FILING FIRST APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS** |

**NOTICE IS HEREBY GIVEN** that counsel for the above-captioned debtor, Davis Miles McGuire Gardner, PLLC (the "Firm"), has filed a First Application for Payment of Attorneys' Fees and Costs (the "Application") incurred during its representation of Debtor. By its Application, the Firm requests attorney's fees and costs for work performed on behalf of the Debtor for pre- and post-petition services from November 22, 2017 through August 9, 2018 in the amount of $10,894.61 in attorney's fees and costs—of which $1,500.00 will be paid from the Firm's pre-petition retainer and the remaining $9,394.61 will be paid by the Trustee. A complete copy of the Application is available for review at the Clerk's Office, U.S. Bankruptcy

1

Court, 230 N. 1st Ave. Suite 101, Phoenix, Arizona, or a copy may be obtained from counsel for Debtor at the address appearing on this pleading.

**NOTICE IS FURTHER GIVEN** that any objection to the Application must be filed within TWENTY-ONE (21) DAYS of the date of service of this notice, and that in the event an objection is filed, a hearing on the Application will be held. In the event no objection is filed to the Application, the Court may grant the relief requested without further notice or hearing.

DATED this 10th of August, 2018.

      **DAVIS MILES MCGUIRE GARDNER, PLLC**

      */s/ M. Preston Gardner*
      Pernell W. McGuire
      M. Preston Gardner
      *Attorneys for Debtor*

A copy of the foregoing was mailed
this 10th day of August, 2018 to:

EDWARD J. MANEY
101 N. FIRST AVE., SUITE 1775
PHOENIX, AZ 85003

All creditors and parties on
the Master Mailing Matrix

By: /s/ Kristin Lienhard
     Kristin Lienhard

2

Case 2:17-bk-14000-PS    Doc 67    Filed 08/10/18    Entered 08/10/18 08:26:19    Desc
Main Document    Page 2 of 2