```
                              United States Bankruptcy Court
                                   District of Arizona
In re:                                                              Case No. 17-14000-PS
KEITH MAUREL WILLIAMS                                               Chapter 13
       Debtor              CERTIFICATE OF NOTICE
District/off: 0970-2          User: rootk                  Page 1 of 2                  Date Rcvd: Aug 13, 2018
                              Form ID: pdf001              Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db             KEITH MAUREL WILLIAMS,    3122 N. 114TH DRIVE,    AVONDALE, AZ  85392-4215
aty           +ROSS M MUMME,   McCarthy & Holthaus, LLP,    8502 E Via de Ventura,    Suite 200,
               Scottsdale, AZ 85258-3240
cr            +Deutsche Bank National Trust Company as Trustee fo,    c/o McCarthy & Holthus, LLP,
               8502 E. Via De Ventura, Suite 200,   Scottsdale, AZ 85258-3240
cr            +Deutsche Bank National Trust Company, as Trustee,,    c/o McCARTHY & HOLTHUS, LLP,
               8502 E. Via De Ventura, Suite 200,   Scottsdale, AZ 85258-3240
cr          +++United Consumer Financial Serv.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Ste #200,
               Tucson, AZ 85712-1083
14831716      +ARIZONA DEPARTMENT OF REVENUE,    ATTENTION BK PAYMENT UNIT,
               2005 N Central Ave, Suite 100, Suite 100,    PHOENIX, AZ 85004-1546
14840494       AZ DEPARTMENT OF ECONOMIC SECURITY,    OFFICE OF ACCTS RECEIVABLE & COLLECTIONS,    PO BOX 60,
               PHOENIX, AZ  85001-0060
14813315       American Education Services,    P.O. Box 2461,   Harrisburg PA 17105-2461
14813316      +Arizona Department of Revenue,    c/o Tax, Bankruptcy and Collection Sec.,
               1275 W. Washington Avenue,    Phoenix AZ 85007-2926
14813318      +Century Link Communications,    Bankruptcy Department,    118 S. 19th Street,
               Omaha NE 68102-1305
14864647      +Conn Appliances,,   c/o Becket & Lee LLP,    PO Box 3002,    Dept. Conns,
               Malvern, PA 19355-0702
14813319      +Conns Appliances,    1655 S. Stapley Drive,   Mesa AZ 85204-6609
14882069      +Garden Lakes Community Association,    c/o The Travis Law Firm PLC,
               10621 South 51st Street, Suite 103,    Phoenix, AZ 85044-5207
14902438      +Gateway One Lending and Finance, LLC,    Ball, Santin & McLeran, PLC,
               2999 North 44th St., Ste 500,    Phoenix, AZ 85018-7252
14813323      +Goal Financial,    P.O. Box 61047,   Harrisburg PA 17106-1047
15100627       Great Lakes Higher Education Guaranty Corp,    PO Box 8961,    Madison WI  53708-8961
14818795       McCarthy & Holthus LLP,    1770 Fourth Avenue,    San Diego, CA 92101-2607
14876646       NHELP-II THRU US BANK NA AS ELT,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
14949933      +Qwest Corporation dba CenturyLink QC,    931 14 Street Suite 900,    Denver, CO 80202-2994
14813326      +Select Portfolio Servicing,    10401 Deerwood Parkway,    Jacksonville FL 32256-5007
14813327      +Stellar Recovery, Inc.,    P.O. Box 48370,   Jacksonville FL 32247-8370
14813328      +The Garden Lake Community HOA,    8360 E. Via Ventura Blvd.m SuiteL100,
               Scottsdale AZ 85258-3172
14813329      +The Travis Law Firm,    10621 S. 51st Street, Suite 103,    Phoenix AZ 85044-5207
14813331       United States Department of Education,    P.O. Box 5609,    Greenville TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14813317       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2018 01:11:32      Capital One Bank,
               Bankruptcy Department,    P.O. Box 30285,    Salt Lake City UT 84130-0285
14813320       E-mail/Text: bncconnsnotices@becket-lee.com Aug 14 2018 01:02:32      Conns Appliances,
               P.O. Box 2358,   Beaumont TX 77704-2358
14981113      +E-mail/Text: jennifer.chacon@spservicing.com Aug 14 2018 01:02:42
               Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
               Salt Lake City, UT 84165-0250
14813321      +E-mail/Text: flagshipcredit@ecf.courtdrive.com Aug 14 2018 01:01:24
               Flagship Credit Acceptance,    P.O. Box 3807,    Coppell TX 75019-4354
14813322      +E-mail/Text: jennifer.macedo@gatewayonelending.com Aug 14 2018 01:00:14
               Gateway One Lending & Finance,    160 N Riverview Drive, Suite 100,    Anaheim CA 92808-2293
14813324       E-mail/Text: cio.bncmail@irs.gov Aug 14 2018 01:00:26      Internal Revenue Service,
               Bankruptcy and Collection Enforcement,    P.O. Box 7346,    Philadelphia PA 19101-7346
14922151      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2018 01:00:56      Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
14813325      +E-mail/Text: electronicbkydocs@nelnet.net Aug 14 2018 01:01:10
               Nelnet Education Planning and Financing,    P.O. Box 82561,    Lincoln NE 68501-2561
14818796       E-mail/Text: jennifer.chacon@spservicing.com Aug 14 2018 01:02:42
               Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14813330      +E-mail/Text: EBankruptcy@UCFS.NET Aug 14 2018 01:02:46      United Consumer Financial,
               865 Bassett Road,   Westlake OH 44145-1194
14980879      +E-mail/Text: bnc@bass-associates.com Aug 14 2018 00:59:41
               United Consumer Financial Services,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
14893504       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2018 01:10:34      Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
15097640      +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 14 2018 01:00:58
               WILSHIRE CONSUMER CREDIT,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
14813332      +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 14 2018 01:00:58
               Wilshire Commerical Capital,    4751 Wilshire Blvd., Suite 100,    Los Angeles CA 90010-3847
                                                                                               TOTAL: 14
```

```
District/off: 0970-2           User: rootk              Page 2 of 2              Date Rcvd: Aug 13, 2018
                               Form ID: pdf001          Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*          +++Conn Appliances, Inc.,    c/o Becket and Lee LLP,    PO Box 3002,    Dept Conns,
               Malvern, PA 19355-0702
cr*          +Garden Lakes Community Association,    c/o The Travis Law Firm PLC,
               10621 South 51st Street, Suite 103,    Phoenix, AZ 85044-5207
cr*          +Gateway One Lending and Finance, LLC,    Ball, Santin & McLeran, PLC,
               2999 North 44th St., Ste 500,    Phoenix, AZ 85018-7252
14869442*    +CONN APPLIANCES, INC.,    C/O BECKET AND LEE LLP,    PO BOX 3002,    DEPT CONNS,
               MALVERN PA 19355-0702
15088442*     McCarthy & Holthus LLP,    1770 Fourth Avenue,    San Diego, CA 92101-2607
15088443*     Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                               TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
```
              CHANDLER W. TRAVIS    on behalf of Creditor   Garden Lakes Community Association
               bankruptcy@travislawaz.com
              EDWARD J. MANEY    courtecf@maney13trustee.com
              JAMES B. BALL    on behalf of Creditor   Gateway One Lending and Finance, LLC ball@bsmplc.com,
               bkecf@bsmplc.com
              JASON L ERWIN    on behalf of Creditor   United Consumer Financial Serv. jerwin@bass-associates.com
              KRISTIN E MCDONALD    on behalf of Creditor   Deutsche Bank National Trust Company as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series
               2006-NC5 bknotice@mccarthyholthus.com,   kmcdonald@mccarthyholthus.com,
               kmcdonald@ecf.courtdrive.com
              M. PRESTON GARDNER    on behalf of Debtor KEITH MAUREL WILLIAMS pgardner@davismiles.com,
               pmcguire@davismiles.com,jstoner@davismiles.com,efile.dockets@davismiles.com,
               klienhard@davismiles.com,klucas@davismiles.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 7
```

Edward J. Maney, Trustee
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
Fax (602) 277-4103

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re: ) | CHAPTER 13 PROCEEDINGS |
| KEITH MAUREL WILLIAMS ) | |
| ) | CASE NO. 2-17-14000-PS |
| 3122 N. 114TH DRIVE ) | |
| ) | CHAPTER 13 TRUSTEE'S REPORT |
| AVONDALE, AZ 85392 ) | OF ALLOWED CREDITOR CLAIMS |
| _____ ) | |

Notice is hereby given to the Debtor and Counsel, if any, that the Trustee intends to pay the claims as filed by the creditors listed below, or as amended by the Stipulated Order Confirming the debtor's Chapter 13 Plan, unless an objection is made by the Debtor or other party of interest within 30 days from the date of this notice. In the event that additional claims are discovered at a later date, the Trustee may file a Supplemental Notice of Allowed Creditor Claims.

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Select Portfolio Services<br>    MC 240 P. O. Box 65450<br>Salt Lake City, UT 84165- | 04/10/2018 | $7596.28 | 0% | Secured |
| Select Portfolio Services<br>    MC 240 P. O. Box 65450<br>Salt Lake City, UT 84165- | 04/10/2018 | $410635.57 | 0% | Continue |
| Garden Lakes Community Association<br>    c/o The Travis Law Firm<br>    10621 S. 51st St., Suite 103<br>    Phoenix, AZ 85044- | 01/24/2018 | $3600.00 | 0% | Continue |
| Garden Lakes Community Association<br>    c/o The Travis Law Firm<br>    10621 S. 51st St., Suite 103<br>    Phoenix, AZ 85044- | 01/24/2018 | $25993.51 | 0% | Unsecured |
| Wilshire Consumer Credit<br>    4751 Wilshire Blvd.<br>    Suite #100<br>    Los Angeles, CA 90010- | 06/21/2018 | $1818.03 | 4.25% | Secured |
| Gateway One Lending & Finance, LLC<br>    160 N. Riverview Drive, Suite 100<br>    Anaheim, CA 92808- | 02/07/2018 | $8000.00 | 6% | Secured |
| Gateway One Lending & Finance, LLC<br>    160 N. Riverview Drive, Suite 100<br>    Anaheim, CA 92808- | 02/07/2018 | $1046.15 | 0% | Unsecured |
| Internal Revenue Services<br>    bankruptcy payments<br>    P.O. Box 7317<br>    Philadelphia, PA 19101-7317 | 12/14/2017 | $1097.86 | 0% | Priority |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Internal Revenue Services<br>    bankruptcy payments<br>    P.O. Box 7317<br>    Philadelphia, PA   19101-7317 | 12/14/2017 | $16997.14 | 0% | Unsecured |
| Office of the Arizona Attorney General<br>    Tax, Bankruptcy, & Collection Section<br>    2005 N. Central Avenue<br>    Phoenix, AZ   85004-1592 | 12/08/2017 | $1502.57 | 0% | Priority |
| Office of the Arizona Attorney General<br>    Tax, Bankruptcy, & Collection Section<br>    2005 N. Central Avenue<br>    Phoenix, AZ   85004-1592 | 12/08/2017 | $347.16 | 0% | Unsecured |
| Verizon by American InfoSource LP<br>    PO Box 248838<br><br>    Oklahoma City, OK   73124-8838 | 02/02/2018 | $77.27 | 0% | Unsecured |
| Conn Appliance Inc,d/b/a Conn's HomePlus<br>    C/O Becket & Lee, LLP<br>    P.O. Box 3002 Dept Conns<br>    Malvern, PA   19355-1245 | 01/12/2018 | $1040.00 | 4.25% | Secured |
| Conn Appliance Inc,d/b/a Conn's HomePlus<br>    C/O Becket & Lee, LLP<br>    P.O. Box 3002 Dept Conns<br>    Malvern, PA   19355-1245 | 01/12/2018 | $3148.17 | 0% | Unsecured |
| Midland Credit Management, Inc.<br>    as agent for Midland Funding LLC<br>    PO Box 2011<br>    Warren, MI   48090- | 02/28/2018 | $272.69 | 0% | Unsecured |
| Qwest Communications<br>    Attn: Bankruptcy/Recovery<br>    220 N. 5th St<br>    Bismarck, ND   58501-4027 | 03/21/2018 | $430.97 | 0% | Unsecured |
| United Consumer Financial Services<br>    Bass & Associates, P.C.<br>    3936 E. Fort Lowell Rd., #200<br>    Tucson, AZ   85712- | 04/10/2018 | $1840.81 | 0% | Secured |
| Arizona Department of Economic Security<br>    P.O. Box 60<br><br>    Phoenix, AZ   85001- | 12/15/2017 | $1624.25 | 0% | Unsecured |
| GREAT LAKES HIGHER ED GUAR CORP<br>    PO BOX 809142<br><br>    CHICAGO, IL   60680- | 01/19/2018 | $68806.70 | 0% | Unsecured |
| Abrazo Health Arrowhead Hospital<br>    P.O. Box 830913<br><br>    Birmingham, AL   35283- | | $0.00 | 0% | Unsecured |
| Ace Cash Express<br>    238 W. Western<br><br>    Avondale, AZ   85323- | | $0.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| American Education Services<br>Attn: Bankruptcy/Recovery<br>1200 North Seventh Street<br>Harrisburg, PA  17104-1444 | | $0.00 | 0% | Unsecured |
| CenturyLink<br>c/o Bankruptcy Department<br>118 S. 19th. St.<br>Omaha, NE  68102- | | $0.00 | 0% | Unsecured |
| Charter Communications<br>941 Charter Commons Dr.<br><br>Town & Country, MO  63017- | | $0.00 | 0% | Unsecured |
| Conn Appliance Inc,d/b/a Conn's HomePlus<br>C/O Becket & Lee, LLP<br>P.O. Box 3002 Dept Conns<br>Malvern, PA  19355-1245 | | $0.00 | 0% | Unsecured |
| Credit One Bank<br>P.O. Box 98872<br><br>Las Vegas, NV  89193- | | $0.00 | 0% | Unsecured |
| Emergency Group of Arizona Pro<br>PO Box 638085<br><br>Cincinnati, OH  45263- | | $0.00 | 0% | Unsecured |
| Flagship Credit Acceptance<br>P.O. Box 3807<br><br>Coppell, TX  75019- | | $0.00 | 0% | Unsecured |
| U.S. Department of Education<br>Direct Loan Servicing Center<br>P.O. Box 5609<br>Greenville, TX  75403-5609 | | $0.00 | 0% | Unsecured |
| U.S. Department of Education<br>Direct Loan Servicing Center<br>P.O. Box 5609<br>Greenville, TX  75403-5609 | | $0.00 | 0% | Unsecured |
| Westlake Financial<br>Attn: Bankruptcy/Recovery<br>P.O. Box 54807<br>Los Angeles, CA  90054- | | $0.00 | 0% | Unsecured |
| M. Preston Gardner<br>Davis,Miles&McGuire, Gardner, PLLC<br>40 E. Rio Salado Pkwy, #425<br>Tempe, AZ  85281- | | $1500.00 | 0% | Legal |
| M. Preston Gardner<br>Davis,Miles&McGuire, Gardner, PLLC<br>40 E. Rio Salado Pkwy, #425<br>Tempe, AZ  85281- | | $5000.00 | 0% | Legal |

Edward J. Maney
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776   Fax (602) 277-4103
Email: office@maney13trustee.com

X _____
Edward J. Maney, Esq.
Digitally signed by Edward J. Maney, Esq.
Date: 2018.08.09 11:22:30 -07'00'