**Davis Miles McGuire Gardner**

40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Facsimile: (480) 733-3748
www.davismiles.com
www.mcguiregardner.com

Pernell W. McGuire (SBN: 015909)
M. Preston Gardner (SBN: 029868)
*Attorneys for Debtor*

# IN UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceedings |
|---|---|
| KEITH MAUREL WILLIAMS, | Case No. 2:17-bk-14000-PS |
| Debtor. | **CERTIFICATE OF SERVICE AND NO OBJECTION TO FIRST APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS** |

M. Preston Gardner, counsel for the Debtor, hereby certifies as follows:

1. On August 10, 2018, Davis Miles McGuire Gardner, PLLC served all parties on the Debtors' master mailing list, by first class mail, with copies of the *Bar Date Notice of Filing First Application for Payment of Attorneys' Fees and Costs* (the "Notice");

2. Pursuant to the Notice, all creditors and parties in interest were provided with twenty-one (21) days to file an objection to the *First Application to Approve Attorneys' Fees and Costs* (the "Application");

3. More than 21 days have passed since service of the Notice; and

1

4. Debtor has not received any objections to the Application and no objections appear on the Bankruptcy Court docket in this case.

WHEREFORE, as no party has timely objected to the Application, the Debtors request that the Court enter an Order approving the Application.

DATED this 21st day of September, 2018.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

*/s/ M. Preston Gardner*
Pernell W. McGuire
M. Preston Gardner
*Attorneys for Debtor*

A copy of the foregoing was mailed this 21st day of September, 2018 to:

EDWARD J. MANEY
101 N. FIRST AVE., SUITE 1775
PHOENIX, AZ 85003

By: /s/ Kristin Lienhard
Kristin Lienhard

2