# IN UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceedings |
|---|---|
| KEITH MAUREL WILLIAMS, | Case No. 2:17-bk-14000-PS |
| Debtor. | **ORDER APPROVING FIRST APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS** |

This matter having come before the Court on the First Application for Payment of Attorneys' Fees and Costs (the "Application"), the Court having found that proper notice has been served, with no objections being filed to the Application, and good cause appearing,

**IT IS HEREBY ORDERED** approving and authorizing payment to Davis Miles McGuire Gardner, PLLC ("Firm") in the amount of $10,826.48 in attorneys' fees and $68.13 in costs—for a total of $10,894.61—for the time period of November 22, 2017 through August 9, 2018.

**IT IS HEREBY FURTHER ORDERED** authorizing and directing the Firm to offset $1,500.00 from its pre-petition retainer, and for the Chapter 13 Trustee to pay the remaining balance of $9,394.61 to the Firm to the extent that payment will not prejudice claimants of equal or higher priority

**DATED AND SIGNED ABOVE**.

1